UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTEGRATED MEDIA RESOURCES, LLC, Individually and Derivatively on Behalf of Nominal Defendant G2 FMV, LLC and also Double Derivatively on Behalf of Nominal Defendant G2 Investment Group, LLC, <br><br>       Plaintiffs, <br><br> v. <br><br> JONATHAN TODD MORLEY, DORI V. KARJIAN, DAVID SAMS, JONATHAN LERMAN, ANTONIO DE LA RUA, MARIA BOYAZNY, <br><br>       Defendants, <br><br> and <br><br> G2 FMV, LLC and G2 INVESTMENT GROUP, LLC, <br><br>       Nominal Defendants. | Civil Action No.: 1:21-cv-04993-DLC <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Howard Schiffman, an attorney in good standing of the bar of this Court and a member of the law firm Schulte Roth & Zabel LLP, hereby appears as counsel for Defendants Jonathan Todd Morley and David Sams, and for Nominal Defendants G2 FMV, LLC and G2 Investment Group, LLC in the above-captioned action, and requests that copies of all papers served in this action be served on the undersigned at the address indicated below.

Dated: New York, New York
July 9, 2021

SCHULTE ROTH & ZABEL LLP

By: /s/ Howard Schiffman
Howard Schiffman

901 Fifteenth Street, NW, Suite 800
Washington, DC  20005
Telephone: 202.729.7470
Facsimile: 202.730.4520
E-mail: Howard.Schiffman@srz.com

*Attorneys for Defendants Jonathan Todd Morley and David Sams, and Nominal Defendants G2 FMV, LLC and G2 Investment Group, LLC*