```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
INTEGRATED MEDIA RESOURCES, LLC et        :
al.,                                      :
                                          :         21cv4993(DLC)
                           Plaintiffs,    :
               -v-                        :            ORDER
                                          :
JONATHAN TODD MORLEY, et al.,             :
                                          :
                           Defendants.    :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On July 12, 2021, this Court granted a request by several of the defendants in this matter for an extension of their deadline to respond to the plaintiffs' complaint. That same day, Howard Schiffman, Esq., an attorney for those defendants, filed a letter on behalf of a defendant whom he does not represent, Jonathan Lerman. Mr. Lerman has yet to retain counsel. The letter requested an extension of Mr. Lerman's deadline to respond to the plaintiffs' complaint. An attorney who does not represent a pro se litigant cannot make an application on that litigant's behalf. Accordingly, it is hereby

ORDERED that any further application on behalf of Mr. Lerman must be made by Mr. Lerman himself or by counsel retained

to represent him.  Nonetheless, all parties are notified that the defendants' responses to the complaint are due **August 30.**

Dated:   New York, New York
         July 13, 2021

```
                              _____
                                    DENISE COTE
                              United States District Judge
```