UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

INTEGRATED MEDIA RESOURCES, LLC,
Individually and Derivatively on Behalf of
Nominal Defendant G2 FMV, LLC and also
Double Derivatively on Behalf of Nominal
Defendant G2 INVESTMENT GROUP, LLC.

     Plaintiffs,

v.

JONATHAN TODD MORLEY, DORI V.
KARJIAN, DAVID SAMS, JONATHAN
LERMAN, ANTONIO DE LA RUA, MARIA
BOYAZNY,

     Defendants,

and

G2 FMV, LLC, and G2 INVESTMENT GROUP,
LLC,

     Nominal Defendants.

---------------------------------------------------------------- X

Case No. 1:21-cv-04993-DLC

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND ORDERED, pursuant to Local Civil Rule 1.4, that Eric A. Bensky of the law firm Murphy & McGonigle, P.C. is substituted in place of Howard Schiffman and George Hong Liu Rowe of the law firm Schulte Roth & Zabel LLP as counsel of record for defendant David Sams in the above-captioned action.

  A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

Case 1:21-cv-04993-DLC   Document 25   Filed 08/27/21   Page 2 of 2

Dated: New York, New York
August 27, 2021

| MURPHY & MCGONIGLE, P.C. | SCHULTE ROTH & ZABEL LLP |
|---|---|
| By: /s/ Eric A. Bensky | By: /s/ Howard Schiffman, George Rowe |
| 1185 Avenue of the Americas, Fl. 21<br>New York, New York 10036<br>Tel. (212) 880-3999<br>Eric.Bensky@mmlawus.com | 919 Third Avenue<br>New York, New York 10022<br>Tel: (212) 756-2000<br>howard.schiffman@srz.com<br>george.rowe@srz.com |
| *Incoming Attorneys for David Sams* | *Outgoing Attorneys for David Sams* |

IT IS SO ORDERED, this _____ day of August 2021.

_____
HON. DENISE L. COTE
United States District Judge

2