**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X

INTEGRATED MEDIA RESOURCES, LLC, Individually and Derivatively on Behalf of Nominal Defendant G2 FMV, LLC and also Double Derivatively on Behalf of Nominal Defendant G2 INVESTMENT GROUP, LLC,

                      Plaintiffs,

v.

JONATHAN TODD MORLEY, DORI V. KARJIAN, DAVID SAMS, JONATHAN LERMAN, ANTONIO DE LA RUA, MARIA BOYAZNY,

                      Defendants,

And

G2 FMV, LLC, and G2 INVESTMENT GROUP, LLC,

                      Nominal Defendants.

------------------------------------------------------------ X

**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Case No. 21 Civ. 4993 (DLC)

**ORAL ARGUMENT REQUESTED**

      Defendants David Sams, Jonathan Lerman, and Maria Boyazny, by their counsel Murphy & McGonigle, P.C., respectfully submit this Notice of Motion to Dismiss Plaintiff Integrated

1

Media Resources, LLC's Complaint and the accompanying Memorandum of Law in Support of their Motion to Dismiss.

                                        Respectfully submitted,

                                        **MURPHY & MCGONIGLE, P.C.**

By:    /s/ Eric A. Bensky
          Eric A. Bensky
          Steven D. Feldman
          1185 Avenue of the Americas, Fl. 21
          New York, New York 10036
          Tel. (212) 880-3999
          Eric.Bensky@mmlawus.com

          *Attorneys for Defendants David Sams, Jonathan Lerman, and Maria Boyazny*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 30th day of August, 2021, I served the foregoing Notice of Motion to Dismiss Plaintiff's Complaint and Memorandum of Law in Support of the Motion to Dismiss Plaintiff's Complaint via ECF on the following:

William Andrew Brewer, III
*Attorney for Plaintiff Integrated Media Resources, LLC*

Howard Schiffman
George Hong Liu Rowe
*Attorneys for G2 FMV, LLC, G2 Investment Group, LLC, and Jonathan Todd Morley*

Dori Karjian
*Pro Se Defendant*


              /s/ Eric A. Bensky
                Eric A. Bensky