```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
INTEGRATED MEDIA RESOURCES, LLC et       :
al.,                                     :    21cv4993 (DLC)
                                         :
                         Plaintiffs,     :        ORDER
             -v-                         :
                                         :
JONATHAN TODD MORLEY, et al.,            :
                                         :
                         Defendants.     :
                                         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On January 14, 2022, counsel for the defendants submitted a letter pursuant to Rule 3.G. of the Court's Individual Practices in Civil Cases, noting that a motion has been fully submitted for sixty days. The parties are hereby advised that the Court is aware of the fully submitted motion, and will decide it as expeditiously as possible.

Dated:   New York, New York
         January 14, 2022

                                                _____
                                                   DENISE COTE
                                        United States District Judge