UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INTEGRATED MEDIA RESOURCES, LLC,

                Plaintiff,

    -against-                                    21 **CIVIL** 4993 (DLC)

                                                    **JUDGMENT**

JONATHAN TODD MORLEY, et al.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 29, 2022, the motion to dismiss is granted. The 10(b) and Rule 10(b)-5 claim is dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over the state law claims and they are dismissed without prejudice to refiling in state court; accordingly, the case is closed.

**Dated:**  New York, New York

        March 30, 2022

                                                      **RUBY J. KRAJICK**
                                                        Clerk of Court
                              BY:
                                                          **Deputy Clerk**