IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **INTEGRATED MEDIA RESOURCES, LLC,** Individually and Derivatively on Behalf of Nominal Defendant **G2 FMV, LLC** and also Double Derivatively on Behalf of Nominal Defendant **G2 INVESTMENT GROUP, LLC.**<br><br>**Plaintiff,**<br><br>v.<br><br>**JONATHAN TODD MORLEY, DORI V. KARJIAN, DAVID SAMS, JONATHAN LERMAN, ANTONIO DE LA RUA, MARIA BOYAZNY,**<br><br>**Defendants,**<br><br>**and**<br><br>**G2 FMV, LLC,** and **G2 INVESTMENT GROUP, LLC.**<br><br>**Nominal Defendants.** | Civil Action No: 1:21-cv-04993-DLC |

## NOTICE OF APPEAL

In accordance with Federal Rules of Appellate Procedure 4(a)(1)(A), notice is hereby given that Plaintiff Integrated Media Resources, LLC, individually, derivatively on behalf of Nominal Defendant G2 FMV, LLC, and double derivatively on behalf of nominal defendant G2 Investment Group, LLC, hereby appeals to the United States Court of Appeals for the Second Circuit from this Court's opinion and order (Docket No. 47) and final judgment (Docket No. 48), filed on March 29 and 30, 2022.

Dated: April 28, 2022

                          Respectfully submitted,

By:    */s/* William A. Brewer III
        William A. Brewer III
        William A. Brewer IV
        BREWER, ATTORNEYS & COUNSELORS
        750 Lexington Avenue, 14th Floor
        New York, New York 10022
        Telephone: (212) 489-1400
        Facsimile: (212) 751-2849

**ATTORNEYS FOR INTEGRATED MEDIA RESOURCES**